JANE C. STEVENS *v.* JANE L. KATZ ET AL.
(AC 26855)

Flynn, C. J., and Bishop and Harper, Js.

Argued October 23—officially released November 14, 2006

Per Curiam. The judgment is affirmed.

SUSAN ALEY *v.* WILLIAM ALEY
(AC 27507)

Harper, Lavine and Berdon, Js.

Argued October 25—officially released November 14, 2006

Per Curiam. The judgment is affirmed.

MICHAEL CASTEEL *v.* JOANNE CASTEEL
(AC 26593)

Harper, Rogers and Berdon, Js.

Argued October 25—officially released November 14, 2006

Per Curiam. The judgment is affirmed.